IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ADAM RYAN MARTIN
AND TINA MARIE LANG,

    Plaintiffs,

v.                                                          Civil Action No.: 3:25-cv-00081-JHY-JCH

AUGUSTA COUNTY SHERIFF DONALD
L. SMITH, INDIVIDUALLY, ET AL.

    Defendants.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiffs Adam Ryan Martin and Tina Marie Lang, by counsel, pursuant to Rule 41(a)(1)(A)(i), hereby give notice of the voluntary dismissal of this action WITHOUT PREJUDICE. No defendant has been served with process, has filed a responsive pleading, or has otherwise appeared. Accordingly, dismissal without prejudice is proper without order of the Court.

    Respectfully submitted,

                                                    ADAM RYAN MARTIN
                                                    AND TINA MARIE LANG

                                            By:     /s/ M. Scott Fisher, Jr.

M. Scott Fisher, Jr. (VSB No. 78485)
Clinton W. Verity (VSB No. 75535)
FRIEDMAN FISHER VERITY, PLLC
125 S. 14th Street, Suite 120
Richmond, VA 23219
Phone: (804) 602-7388
Fax:    (804) 602-7768
Email: sfisher@ffvlaw.com
           cverity@ffvlaw.com
*Counsel for Plaintiffs*